**No. 47606.**—Petitions 6177–R, etc., of K. Taniguchi (Honolulu).

Opinion by EKWALL, J. It was stipulated that the facts as to entry and appraisement of merchandise in these cases are the same as those in Abstract 45137. In

view thereof the court found that the importer in entering at less than the final appraisement was without intent to deceive the Government or defraud the revenues. The petitions were therefore granted.